1  **MAYALL HURLEY**
   **A Professional Corporation**
2  **2453 Grand Canal Boulevard**
   **Stockton, California 95207-8253**
3  **Telephone (209) 477-3833**
   **NICHOLAS J. SCARDIGLI**
4  **CA State Bar No. 249947**
   **JOHN P. BRISCOE**
5  **CA State Bar No. 273690**

6  **Attorneys for Plaintiff, Mohammad Khan**

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| MOHAMMAD KHAN, | Case No.: 4:11-cv-02956-PJH |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** AND ORDER |
| vs. | |
| WALGREEN CO. a corporation; and DOES 1-50 inclusive, | |
| Defendants. | |

18  Plaintiff Mohammad Khan and Defendant Walgreen Co., having reached a settlement in this action before the United States District Court, Northern District of California, hereby stipulate to an order of this Court to dismiss with prejudice above entitled matter in its entirety.

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

_____
Stipulation of Dismissal
Page 1 of 2

**IT IS SO STIPULATED.**

**DATED:** January __18__, 2012         **MAYALL HURLEY P.C.**

By _____/S/___ JOHN P. BRISCOE_____
JOHN P. BRISCOE
Attorneys for Plaintiff,
MOHAMMAD KHAN

**DATED:** January __18__, 2012         **BERRY & BLOCK LLP**

By _____/S/___ BRIAN CRONE_____
BRIAN CRONE
Attorneys for Defendant,
WALGREEN CO.

**IT IS SO ORDERED.**

**DATED:** January __23__, 2012

By _____ HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

_____
Stipulation of Dismissal
Page 2 of 2